FILED: February 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1654 (L)
(1:21-cv-00556-SAG)
_____

In re: GRAND JURY 2021 SUBPOENAS

-------------------------------

UNDER SEAL 1; UNDER SEAL 2

      Movants - Appellants

 and

UNDER SEAL 3; UNDER SEAL 4; UNDER SEAL 5; UNDER SEAL 6; UNDER SEAL 7

      Movants

v.

UNITED STATES OF AMERICA

      Respondent - Appellee

_____

O R D E R
_____

This case is scheduled for oral argument on March 9, 2023. Upon

consideration of the motion to seal courtroom for oral argument, the court grants the motion.

For the Court

/s/ Patricia S. Connor, Clerk